# UNITED STATES BANKRUPTCY COURT

## Amended Certificate of Service   * This Pleading

[X] I hereby certify that a copy of __*__ was mailed first class, postage paid, this __4th__ day of __Mar, 2016__ to:

Party 1:   Daniel Thomas Ziebart, 2710 Dougall Road, Joliet, IL

Party 2:   Briana Czajka, Geraci Law L.L.C., 55 East Monroe St. #3400, Chicago, IL

*This Pleading

[X] I hearby certify that a copy of __*__ was uploaded through the Court's ECF System at the e-mail address register with the court on, this __4th__ day of __Mar, 2016__ to:

Party 1:   Kristin T Schindler, Geraci Law L.L.C., ndil@geracilaw.com

Party 2:)   Glenn B Stearns, stearns_g@lisle13.com

/s/ Nisha B. Parikh
Attorney for creditor (signature)
Nisha B. Parikh - 6298613
Attorney for creditor (print)